# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

  Plaintiff,        Case No. 3:17mj0084

 -vs-           Magistrate Judge Sharon L. Ovington

TRAVIS DE-ANGELO SMITH,

  Defendant.

## BINDOVER ORDER

This matter was set for preliminary examination on March 29, 2017. Upon the evidence adduced, the Court finds there is probable cause to believe Defendant committed the offense alleged in the Complaint and orders that he be bound over to the grand jury to answer that charge.

April 4, 2017

                s/ Sharon L. Ovington
                Sharon L. Ovington
              United States Magistrate Judge